David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

Zack Broslavsky (241736)
Jonathan A. Weinman (256553)
BROSLAVSKY & WEINMAN, LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, California 90025
(310) 575-2550 (telephone)
(310) 464-3550 (facsimile)

Attorneys for Plaintiff Tomas Johnson,
individually and on behalf of a class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS JOHNSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EN-R-G FOODS, LLC, a Colorado limited liability company, doing business as Honey Stinger; EN-R-G HOLDINGS, INC., a Colorado corporation; and DOES 1 through 5,<br><br>Defendants. | Case No. 2:16-cv-06258-AB-AFM<br><br>**ORDER ON JOINT STIPULATION TO DISMISS THE ACTION**<br><br>Complaint Served: August 30, 2016<br>Response Date: November 21, 2016 |

1  The Court, having considered the parties' Joint Stipulation to Dismiss, and
2  good cause appearing therefore, HEREBY ORDERS THAT:
3      1. The action is dismissed with prejudice; and
4      2. The Court retains jurisdiction in this matter to enforce the terms of the
5      settlement agreement entered into between the parties.
6
7  IT IS SO ORDERED.
8
9  Dated: December 29, 2016
10                                 HON. ANDRÉ BIROTTE JR.
                                U.S. DISTRICT JUDGE